UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DWAYNE HARRELL                                                                           PETITIONER

VS.                                                              CIVIL ACTION NO. 3:07CV607 DPJ-JCS

LAWRENCE KELLY, ET AL.                                                              RESPONDENTS

## ORDER

This cause came on this date to be heard upon the unopposed Report and Recommendation of United States Magistrate Judge F. Keith Ball, after referral of hearing by this Court.  Magistrate Judge Ball recommended denial of Harrell's petition for writ of habeas corpus.  Petitioner did not file an Objection, and the time to do so has now passed.  The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 20th day of January, 2011.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE